**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Nos. CV 12-04188

TYRONE HURT,

**JUDGMENT**

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

/

Plaintiff's complaint is dismissed with prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 19, 2013

SUSAN ILLSTON
United States District Judge